H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
PRACHI MISTRY, SBN 335624
  pmistry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

JENNIFER RHO, SBN 254312
  jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

CHRISTINE RANNEY, SBN 295773
  cranney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO  80202-2642
Telephone: 303.298.5700
Facsimile:  303.298.5907

*Attorneys for Defendant Slack Technologies, Inc.*

Jon Bentley Hyland
Hilgers Graben PLLC - Dallas
10000 N. Central Expressway
Suite 400
Dallas, TX 75231
Tel  972-645-3097
Fax  402-413-1880 (fax)
jhyland@hilgersgraben.com

Mark E. Ferguson
Nevin M. Gewertz
Bartlit Beck LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Tel  312-494-4400
Fax  312-494-4440
mark.ferguson@bartlitbeck.com
nevin.gewertz@bartlitbeck.com

*Attorneys for Plaintiff Ginegar LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ginegar LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>Slack Technologies, Inc.,<br><br>            Defendant. | CASE NO. 3:22-cv-00044-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SLACK'S MOTION TO DISMISS**<br><br>Hon. William H. Orrick |

Plaintiff Ginegar LLC ("Ginegar") and Defendant Slack Technologies, Inc., now operating as Slack Technologies, LLC ("Slack") (collectively, the "Parties") submit the following Stipulation regarding Slack's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6).

WHEREAS, this case was transferred to this District from the District of Colorado on January 4, 2022;

WHEREAS, in the District of Colorado action, Slack filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) on the grounds that the asserted claims are ineligible for patenting, as well as a motion to transfer the action to the Northern District of California;

WHEREAS, on January 4, 2022, the district court adopted the Magistrate Judge's Recommendation and granted Slack's motion to transfer. *Ginegar LLC v. Slack Technologies Inc.*, Dkt. 46 (D. Colo. Jan. 4, 2022) at 2. The Court denied Slack's motion to dismiss "without prejudice to refiling in the Northern District of California upon transfer and in compliance with the local rules and practice standards of that Court." *Id.*;

WHEREAS, on January 14, 2022, the Court in this District set an Initial Case Management Conference for April 19, 2022;

WHEREAS, the Parties' Joint Case Management Statement is due on April 12, 2022.

Now, therefore, **IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. Slack shall file in this Court a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), on the grounds that the asserted claims are ineligible for patenting, in compliance with the local rules and practice standards of this Court, by no later than January 18, 2022. In view of the differences in page limits between the two districts, Slack's motion may include substantive changes from its original motion, including to address any arguments raised by Ginegar since the filing of Slack's original motion.

2. Ginegar shall file its opposition to Slack's motion to dismiss no later than February 8, 2022.

3. Slack shall file its reply in support of its motion to dismiss no later than February 22, 2022.

4. The Initial Case Management Conference shall be set for no earlier than 30 days after a ruling is issued on Slack's motion to dismiss.

5. The Parties' Joint Case Management Statement shall be due no earlier than 23 days after a ruling is issued on Slack's motion to dismiss.

**IT IS SO STIPULATED.**

Dated: January 18, 2022

By: */s/ Jon Bentley Hyland*

Jon Bentley Hyland
Hilgers Graben PLLC - Dallas
10000 N. Central Expressway
Suite 400
Dallas, TX 75231
Tel  972-645-3097
Fax  402-413-1880 (fax)
jhyland@hilgersgraben.com

Mark E. Ferguson
Nevin M. Gewertz
Bartlit Beck LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Tel  312-494-4400
Fax  312-494-4440
mark.ferguson@bartlitbeck.com
nevin.gewertz@bartlitbeck.com

*Attorneys for Plaintiff Ginegar LLC*

By:   */s/ Jennifer Rho*

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
PRACHI MISTRY, SBN 335624
pmistry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

JENNIFER RHO, SBN 254312
jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

CHRISTINE RANNEY, SBN 295773
cranney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO  80202-2642
Telephone:    303.298.5700
Facsimile:    303.298.5907

*Attorneys for Defendant Slack Technologies, Inc.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED as modified.  The Case Management
2  Conference is continued until May 24, 2022.  The Joint Case Management Statement shall be
   filed by May 17, 2022.**

4  DATED: January 19, 2022    _____
5  THE HONORABLE WILLIAM H. ORRICK
   UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jennifer Rho, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January, 2022, at Los Angeles, California.

/s/ *Jennifer Rho*
Jennifer Rho

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed and served electronically, using the CM/ECF system, on all parties registered to receive notices.

                                */s/ Jennifer Rho*
                                Jennifer Rho