| | |
|---|---|
| H. MARK LYON, SBN 162061<br>　mlyon@gibsondunn.com<br>PRACHI MISTRY, SBN 335624<br>　pmistry@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>JENNIFER RHO, SBN 254312<br>　jrho@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>CHRISTINE RANNEY, SBN 295773<br>　cranney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street<br>Suite 4200<br>Denver, CO 80202-2642<br>Telephone: 303.298.5700<br>Facsimile: 303.298.5907<br><br>*Attorneys for Defendant Slack Technologies, LLC* | Jon Bentley Hyland<br>Hilgers Graben PLLC - Dallas<br>10000 N. Central Expressway<br>Suite 400<br>Dallas, TX 75231<br>Tel 972-645-3097<br>Fax 402-413-1880 (fax)<br>jhyland@hilgersgraben.com<br><br>Mark E. Ferguson<br>Nevin M. Gewertz<br>Bartlit Beck LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Tel 312-494-4400<br>Fax 312-494-4440<br>mark.ferguson@bartlitbeck.com<br>nevin.gewertz@bartlitbeck.com<br><br>*Attorneys for Plaintiff Ginegar LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ginegar LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Slack Technologies, Inc.,<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-00044-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES REGARDING MOTION TO DISMISS [DKT. 78]**<br><br>Hon. William H. Orrick |

Plaintiff Ginegar LLC ("Ginegar") and Defendant Slack Technologies, LLC ("Slack") (collectively, the "Parties") submit the following Stipulation to extend briefing deadlines related to Slack's Motion to Dismiss [Dkt. 78]. The parties respectfully show as follows.

WHEREAS, this case was transferred to this District from the District of Colorado on January 4, 2022;

WHEREAS, in the District of Colorado action, Slack filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) on the grounds that the asserted claims are ineligible for patenting, as well as a motion to transfer the action to the Northern District of California;

WHEREAS, on May 3, 2021, Slack filed an unopposed motion to stay pending decisions on both Slack's motion to dismiss and motion to transfer in the District of Colorado;

WHEREAS, on January 4, 2022, the district court adopted the Magistrate Judge's Recommendation and granted Slack's motion to transfer. *Ginegar LLC v. Slack Technologies Inc.*, Dkt. 46 (D. Colo. Jan. 4, 2022) at 2. The Court denied Slack's motion to dismiss "without prejudice to refiling in the Northern District of California upon transfer and in compliance with the local rules and practice standards of that Court." *Id.*;

WHEREAS, on January 18, 2022, Slack filed in this court a motion to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6), on the grounds that the asserted claims are ineligible for patenting, in compliance with the local rules and practice standards of this Court;

WHEREAS, the parties stipulated on January 18, 2022 that the Initial Case Management Conference, originally set for April 19, 2022, shall be extended in view of Slack's motion to dismiss;

WHEREAS, on January 19, 2022 this court extended the Case Management Conference to May 24, 2022 and the date for filing of the Initial Joint Case Management Statement to May 17, 2022;

WHEREAS, this court held a hearing on Slack's motion to dismiss on April 6, 2022;

WHEREAS, the parties stipulated on May 16, 2022 that the Initial Case Management Conference, previously set for July 19, 2022 shall be extended in view of Slack's motion to dismiss,

WHEREAS, on May 17, 2022 this court extended the Case Management Conference to July 19, 2022 and stayed any discovery deadlines until after the order on the motion to dismiss was issued;

1    WHEREAS, on June 8, 2022 this court granted Slack's motion to dismiss with limited leave to
2 amend, ordering that any amended complaint be filed within 20 days of issuance of the Order;
3    WHEREAS, on June 28, 2022 Ginegar filed in this court its Second Amended Complaint;
4    WHEREAS the parties stipulated on July 8, 2022 that the Initial Case Management Conference,
5 previously set for July 19, 2022 shall be extended in view of Slack's upcoming motion to dismiss,
6    WHEREAS, on July 11, 2022 this Court extended the Case Management Conference December
7 20, 2022 and stayed any discovery deadlines until after the order on the motion to dismiss was issued;
8    WHEREAS, on July 11, 2022 this Court granted Ginegar leave to file its Third Amended
9 Complaint;
10    WHEREAS, on July 12, 2022 Ginegar filed its Third Amended Complaint;
11    WHEREAS, on July 26, 2022 Slack filed its Motion to Dismiss Ginegar's Third Amended
12 Complaint.  Ginegar's response to the Motion to Dismiss is due August 9, 2022.  Slack's reply in
13 support of its Motion to Dismiss is due August 16, 2022;
14    WHEREAS, The parties have met and conferred and agreed that, and to jointly request that,
15 Ginegar's deadline to respond to the Motion to Dismiss should be extended to August 23, 2022 so that
16 Ginegar my fully consider and respond to the new arguments made in Slack's Motion to Dismiss. The
17 parties further agree that, and to jointly request that, Slack's deadline for file its reply in support of its
18 Motion to Dismiss be extended to September 13, 2022 so that Slack can fully consider and respond to
19 the arguments made in Ginegar's response to Slack's response to Ginegar's Motion to Dismiss.  The
20 parties further agree that, and to jointly request that, the hearing on the Motion to Dismiss shall be
21 extended from September 7, 2022, at 2:00 p.m., to September 28, 2022, at 2:00 p.m., or an alternative
22 date of the Court's preference, in view of these extensions of the briefing.
23    Now, therefore, **IT IS HEREBY STIPULATED AND AGREED** by the Parties that:
24 1.    Ginegar's deadline to respond to the Motion to Dismiss shall be extended to August 23,
25 2022;
26 2.    Slack's deadline to file its reply in support of its Motion to Dismiss is extended to
27 September 13, 2022.
28

3. The hearing on the Motion to Dismiss shall be extended to September 28, 2022, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: August 2, 2022

By: */s/Jon B. Hyland*

Jon Bentley Hyland

Hilgers Graben PLLC - Dallas
10000 N. Central Expressway
Suite 400
Dallas, TX 75231
Tel  972-645-3097
Fax  402-413-1880 (fax)

jhyland@hilgersgraben.com

Mark E. Ferguson
Nevin M. Gewertz

Bartlit Beck LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Tel  312-494-4400
Fax  312-494-4440
mark.ferguson@bartlitbeck.com

nevin.gewertz@bartlitbeck.com

*Attorneys for Plaintiff Ginegar LLC*

By:   */s/Jennifer Rho (by permission)*

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
PRACHI MISTRY, SBN 335624
pmistry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

JENNIFER RHO, SBN 254312
jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

CHRISTINE RANNEY, SBN 295773
cranney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Suite 4200
Denver, CO  80202-2642
Telephone:   303.298.5700
Facsimile:   303.298.5907

*Attorneys for Defendant Slack Technologies, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 4, 2022

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jon Hyland, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2022, at Los Angeles, California.

/s/ *Jon B. Hyland*
Jon B. Hyland

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed and served electronically, using the CM/ECF system, on all parties registered to receive notices.

                                      */s/ Jon B. Hyland*
                                      Jon B. Hyland